UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC RHODES, | : |
| Plaintiff | : CIVIL ACTION NO. 3:18-2066 |
| v. | : |
| ANDREW M. SAUL, Commissioner of Social Security, | : (JUDGE MANNION) |
| Defendant | : |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Mehalchick, **(Doc. 19)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's appeal of the final decision of the Commissioner denying his claim for SSI, **(Doc. 1)**, is **DENIED**, and the Commissioner's decision is **AFFIRMED**;

**(3)** the plaintiff's objections to the report of Judge Mehalchick, **(Doc. 20)**, are **OVERRULED**; and

**(4)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Date: February 13, 2020

18-2066-01-ORDER.wpd